UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: **20-6155**

UNITED STATES OF AMERICA,
       Plaintiff,

v.

**Fabio Lopez**
       Defendant.
_____/

**NOTICE OF TEMPORARY APPEARANCE AS COUNSEL**

COMES NOW **Larry McMillen & David Trontz** and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any personal surety bond which may be set.

Counsel's Name (Printed): **Larry McMillen    David Trontz**

Counsel's Signature: _[signatures]_

Address (include City/State/Zip Code): **3250 Mary Street, 406 Coconut Grove, FL 33133**

Telephone: **305-444-0030**

Date: **3/11/2020**

Florida Bar Number: **998745 McMillen**
**948111 Trontz**