UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT ORDER/MINUTES**

U.S. MAGISTRATE JUDGE JARED S. STRAUSS - FORT LAUDERDALE, FLORIDA ROOM 110

DEFT: FABIO LOPEZ (J)#　　　　　　　　CASE NO: 20-6155-STRAUSS
AUSA: (J. ANTON DUTY AUSA)　　　　　ATTY: DAVID TRONTZ (TEMP)
USPO:　　　　　　　　　　　　　　　　VIOL: 18:U.S.C. § 2422

PROCEEDING: INITIAL APPEARANCE　　　RECOMMENDED BOND:

BOND/PTD HEARING HELD - yes / no　　 COUNSEL APPOINTED:
BOND SET @:　　　　　　　　　　　　 To be cosigned by:

- ❏ All standard conditions
- ❏ Do not encumber property.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or_ x's a week/month by phone; _ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Electronic Monitoring:
- ❏ Travel extended to:
- ❏ Other:

X- ADVISED OF CHARGES. ATTORNEYS LARRY McMILLEN & DAVID TRONTZ. GOV'T Recommends PTD.

NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE:
(REPORT RE COUNSEL): Monday March 16, 2020 at 10AM DUTY
(PTD) BOND HEARING: Monday March 16, 2020 at 10 AM DUTY
PRELIM/ARRAIGN OR REMOVAL: WEDNESDAY MARCH 25, 2020 AT 11 AM DUTY (HUNT)
STATUS RE EXTRADITION/HRG:

DATE: 03/11/20　TIME: 11:00 AM　FTL/TAPE/# JMS-　{10 MINS}　Begin DAR: 11:55:29-

***THE TIME FROM TODAY THROUGH THE RE-SCHEDULED DATE IS EXCLUDED FROM THE DEADLINE FOR TRIAL AS COMPUTED UNDER THE SPEEDY TRIAL ACT ****** (YES OR NO) DAR: