UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT ORDER/MINUTES**

U.S. MAGISTRATE JUDGE JARED S. STRAUSS - FORT LAUDERDALE, FLORIDA ROOM 203-D

| | |
|---|---|
| DEFT: FABIO LOPEZ (J)#26276-104 | CASE NO: 20-6155-STRAUSS |
| AUSA: JODI ANTON | ATTY: JOAQUIN PEREZ |
| USPO: | VIOL: 18:U.S.C.§ 2422 |
| PROCEEDING: CONTINUATION OF PRETRIAL DETENTION HEARING | RECOMMENDED BOND: |
| BOND/PTD HEARING HELD - yes / no | COUNSEL APPOINTED: |
| BOND SET @: | To be cosigned by: |

❏ All standard conditions
❏ Do not encumber property.
❏ Surrender and / or do not obtain passports / travel documents.
❏ Rpt to PTS as directed / or_ x's a week/month by phone; _ x's a week/month in person.
❏ Random urine testing by Pretrial Services. Treatment as deemed necessary.
❏ Maintain or seek full - time employment.
❏ No contact with victims / witnesses.
❏ No firearms.
❏ Electronic Monitoring:
❏ Travel extended to:
❏ Other:

**SPANISH INTERPRETER REQUESTED ONLY FOR THE PURPOSE OF WITNESS TESTIMONY BY THE DEFENDANT AUSA J. ANTON PROVIDED ALL TEXT MESSAGES TO DEFENSE COUNSEL (ALL IN SPANISH) ATTY JOAQUIN PEREZ HAS NOT BEEN ABLE TO REVIEW TEXTS, EMAILS (78 PAGES) BRIEF RECESS TO VIEW THEM. GOVERNMENT PROFFER THAT DEFENDANT PLACED AN AD IN CALI COLOMBIA (RECRUTING MODELS) AND HE DELETED TEXT MESSAGES ON WHAT'S UP APP BETWEEN DEFT AND VICTIM. SWORN/TEST DEFENSE WITNESS YANINNA PAZMINO DEFT'S SISTER IN LAW. INTERP NOT USED

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:  PLACE:

REPORT RE COUNSEL:

PTD/BOND HEARING: COURT ORDERS DEFENDANT DETAINED PENDING TRIAL REMANDED TO THE CUSTODY OF U.S. MARSHALS. WRITTEN ORDER TO FOLLOW

PRELIM/**ARRAIGN** OR REMOVAL: WEDNESDAY MARCH 25, 2020 AT 11 AM DUTY (HUNT)

STATUS RE EXTRADITION/HRG:

TE: 03/17/20   TIME: 11:00 AM   FTL/TAPE/# JMS-   Begin DAR:

[1 HOUR AND 30 MINS]
***THE TIME FROM TODAY THROUGH THE RE-SCHEDULED DATE IS EXCLUDED FROM THE DEADLINE FOR TRIAL AS COMPUTED UNDER THE SPEEDY TRIAL ACT ****** (YES OR NO)
DAR:11:06:05-11:19:20/RECALLED11:27:01-12:53:53